IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE:    JUAN RAMON VAZQUEZ RIVERA

Bkrtcy. No.    11-07770-MCF

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES
## AND REPORT ON CONFIRMATION

| Petition Filing Date: | Sep 13, 2011 | Meeting Date | Oct 13, 2011 | DC Track No. | 14 |
|---|---|---|---|---|---|
| Days from petition date | 30 | Meeting Time | 1:00 PM | | |

910 Days before Petition    3/17/2009    ☐ Chapter 13 Plan Date    Sep 13, 2011  Dkt.# 3    ☐ Amended.

This is debtor(s) **1st** Bankruptcy petition.    Plan Base:  $22,200.00

This is the **1st** Scheduled Meeting    Confirmation Hearing Date:    Nov 18, 2011    Time:    1:30 PM

Payment(s) ☐ Received or
☑ Evidence shown at meeting:

| | Ck/MO No. | Date | Amount | Total Paid In: | in system. |
|---|---|---|---|---|---|
| | 3910 | 10-5-2011 | $370.00 | | $0.00 |

| I. | Appearances: | ☐ Telephone ☐ Video Conference | | ☐ Creditor(s) present: | ☑ None. |
|---|---|---|---|---|---|
| ☑ Debtor Present | | ☑ ID & Soc. OK | ☐ Debtor Absent | | |
| ☐ Joint Debtor Present | | ☐ ID & Soc. OK | ☐ Joint Debtor Absent | | |
| | Debtor(s) was/were | ☑ Examined ☐ Not Examined under oath. | | | |
| | Attorney for Debtor(s) | ☑ Present ☐ Not Present | | | |
| ☐ Substitute attorney: | Vega, Esq | | ☐ Pro-se. | | |

II. Attorneys Fees as per R 2016(b) Statement    Attorney of record:    ROBERTO FIGUEROA CARRASQUILL*
Total Agreed:    $3,000.00    Paid Pre-Petition:    $96.00    Outstanding:    $2,904.00
THROUGH THE PLAN

III.    Trustee's will file Motion to Dismiss:    ☐    For Failure to appear;    ☐    For Failure to commence payments.

IV.    Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are)    ☑ Under    ☐ Above Median Income.    Liquidation Value:    $57,994.00
Commitment Period is    ☑ 36    ☐ 60 months.    [§1325(b)(1)(B)] Gen. Unsecured Pool:    N/A

The Trustee    ☐ RECOMMENDS    ☑ OBJECTS    Plan confirmation.
§341 Meeting    ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

V.    Trustee's OBJECTIONS to Confirmation:    100+6% S.S.Benefit
☑ FEASIBILITY [§1325(a)(6)]    ☐ INSUFFICIENTLY FUNDED    ☐ To pay §507    ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS    ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements    ☐ Plan not filed in Good Faith §1325(a)(3)    ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:    $2,238.4

The plan fails to provide for muebleria Berrios cl. 1
Schedules D and F will be amended. Berrios was
listed as an unsecured creditor.
Tax returns 2007-2008 will be uploaded. form 2781
(2009-2010) will also be uploaded. (seen and varified at
341 meeting).

/s/ José R. Carrión
Trustee

Presiding Officer    Page 1 of 1    Date:  Oct 13, 2011

Case No. __11-07770 MCF__

**ADDITIONAL OBJECTIONS / COMMENTS:**

Trustee will verify the value of the property
listed in Sch. A. (:2600 metros) (aguacates,
toronjes, chinas) (not straight or plain-terrain).

Verify sufficiency with BSS Plan Cale.

---

Trustee / Presiding Officer

Page 2 of 2

Date: __October 13, 2011__