IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: | CASE NO. 11-07770/MCF

JUAN RAMON VAZQUEZ RIVERA

CHAPTER 13

DEBTOR

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

**NOW COMES, JUAN RAMON VAZQUEZ RIVERA,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On September 13, 2011, the debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 USC §§1301 et seq., in the above captioned case.

2. The debtor, Juan Ramón Vázquez Rivera, respectfully requests a voluntary dismissal of his bankruptcy case. 11 U.S.C. §1307.

3. There have been no prior cases and no prior conversions.

**WHEREFORE**, Juan Ramón Vázquez Rivera, petitioner in the above captioned case, very respectfully requests this Honorable Court enter an Order dismissing the present bankruptcy case.

**IT IS HEREBY CERTIFIED**, that on this same date a copy of the present motion was filed with the Clerk of the Court using the CM/ECF system which will send notification to José R. Carrión, Esq., Chapter 13 Trustee; US Trustee's Office; and I also certify that a copy of this motion was sent via regular US Postal Mail to debtor, Juan Ramón Vázquez Rivera, to his address of record; and to all creditors appearing from the attached master address list.

Page -2-
Notice OF Voluntary Dismissal
Case no. 11-07770/MCF13

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 25th day of January, 2016.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614/ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Certifico que he leído esta Moción y que la misma ha sido redactada de acuerdo a mis instrucciones, habiéndoseme advertido de todas las consecuencias legales que esto implica. En Caguas, Puerto Rico, hoy 25 de enero de 2016.

_____
JUAN RAMON VAZQUEZ RIVERA

```
Label Matrix for local noticing          BANCO POPULAR  PR                         DORAL BANK
0104-3                                   MARTINEZ & TORRES LAW OFFICES PSC         PO BOX 70308
Case 11-07770-MCF13                      PO BOX 192938                             SAN JUAN, PR 00936-8308
District of Puerto Rico                  SAN JUAN, PR 00919-3409
Old San Juan
Mon Jan 25 09:48:23 AST 2016

EMPRESAS BERRIOS FINANCIERAS             LVNV FUNDING LLC/RESURGENT CAPITAL SERVICES   US Bankruptcy Court District of P.R.
LUIS YAMIL RODRIGUEZ SAN MIGUEL ESQ      PO BOX 10587                                  Jose V Toledo Fed Bldg & US Courthouse
PMB 256 PO BOX 4952                      GREENVILLE, SC 29603-0587                     300 Recinto Sur Street, Room 109
CAGUAS, PR 00726-4952                                                                  San Juan, PR 00901-1964

BANCO POPULAR DE PUERTO RICO             Banco Popular de Puerto Rico              (p)SPRINGLEAF FINANCIAL SERVICES
MORTGAGE SERVICING DEPARTMENT (762)      Martnez & Torres Law Offices, P.S.C.      P O BOX 3251
PO BOX 362708                            P.O. Box 192938 San Juan, PR 00919-2938   EVANSVILLE IN 47731-3251
SAN JUAN PR 00936-2708

DORAL BANK                               DORAL BANK / FANNIE MAE                   LVNV Funding LLC
MARTINEZ & TORRES LAW OFFICES, P.S.C.    MARTINEZ & TORRES LAW OFFICES PSC         c/o Resurgent Capital Services
PO. BOX 192938                           PO BOX 192938                             PO Box 10587
SAN JUAN PUERTO RICO 00919-3409          SAN JUAN, PR 00919-3409                   Greenville, SC 29603-0587
(787)767-8244 FAX.(787)767-1183          (787)767-8244 FAX (787)767-1183

MUEBLERIA BERRIOS                        RADIO SHACK                               SOCIAL SECURITY ADMINISTRATION
PO BOX 674                               PO BOX 8181                               BIRMINGHAM SOCIAL SECURITY CENTER
CIDRA, PR  00739-0674                    GRAY, TN 37615-0181                       1200 REV ABRAHAM WOODS JR BLVD
                                                                                   BIRMINGHAM, AL  35285-0001

SOCIAL SECURITY ADMINISTRATION           JOSE RAMON CARRION MORALES                JUAN RAMON VAZQUEZ RIVERA
GATSBY BLDG STE 328 30 PADIAL ST         PO BOX 9023884                            HC 03 BOX 37691
CAGUAS, PR  00725-3597                   SAN JUAN, PR 00902-3884                   CAGUAS, PR 00725-9716


MONSITA LECAROZ ARRIBAS                  ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)           PO BOX 186
OCHOA BUILDING                           CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
COMMOLOCO, INC.                          End of Label Matrix
P.O. BOX 363769                          Mailable recipients    19
SAN JUAN, PR 00936-3769                  Bypassed recipients     0
                                         Total                  19
```